UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAMUEL SMALLWOOD (#539104)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-748-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated March 11, 2013 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, April 10, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA